Matthew P. Rocco, Esq. (MR-2496)
**PITTA & GIBLIN LLP**
120 Broadway, 28th Floor
New York, New York 10271
Tel: (212) 652-3817
Fax: (212) 652-3891
E-mail: mrocco@pittagiblin.com
*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 825 EMPLOYEE BENEFIT FUNDS AND THE TRUSTEES THEREOF<br><br>Petitioners,<br><br>v.<br><br>BEDROC CONTRACTING LLC<br><br>Respondent. | Hon. Peter G. Sheridan, U.S.D.J.<br><br>Civil Action No. 09-cv-06467-PGS-ES<br><br>**CIVIL ACTION**<br><br>**ORDER TO SHOW CAUSE** |

**THIS MATTER** having been opened to the Court by Pitta & Giblin, LLP, (Matthew P. Rocco, Esq., appearing) on behalf of Petitioners International Union of Operating Engineers Local 825 Employee Benefit Funds ("Funds") and the Trustees Thereof ("Trustees") (collectively "Petitioners"), for an entry of an Order to Show Cause as to why the Court should not hold the Respondent's President, Frank Weidner ("Respondent") in contempt for failing to comply with Orders of this Court, and the Court having read the supporting documents submitted herewith, and as well as any papers submitted in opposition thereto; and the Court having heard arguments of counsel, if any, and for good and sufficient cause shown;

**IT IS** on this ___ day of April, 2010;

**ORDERED** that Respondent show cause before the United States District Court District of New Jersey, Newark vicinage, on the _14_ day of _April_ 2010, at _10_ a.m., or as soon thereafter as counsel may be heard, as to why the Respondent should not be held in contempt, and:

(1) Compelling Respondent to cease and desist from their continuing violation of the Collective Bargaining Agreement;

(2) Compelling Respondent to submit payment as provided by the Confirmation Order dated January 26, 2010; and,

(3) Compelling Respondent to provide a schedule of all corporate assets as provided by the Litigant's Rights Order dated March 10, 2010; and it is further

(4) Frank Wiedner, President should not be held in contempt for *

**ORDERED** that Respondent's opposition briefs, affidavits, and/or certifications, if any, in opposition to Petitioners application for an Order to Show Cause as to why Respondent should not be held in contempt shall be served in hand upon Petitioners' counsel, Matthew P. Rocco, Esq., Pitta & Giblin, LLP, 120 Broadway, 28th Floor, New York, New York, 10271 on or before _April 13_, 2010; and it is further

**ORDERED** that Petitioners' reply briefs, affidavits, and/or certifications, if any, shall be served upon Respondents and the Court no later than _April 13_, 2010; and it is further

_Carl M. Wiedner_

**ORDERED** that copies of this Order shall be served upon Respondent by Certified Mail or personal service within 3 days,

ENTER:

_Peter G. Sheridan_
Hon. Peter G. Sheridan, U.S.D.J.

\* failing to comply with Court Orders.